# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>BAKER COMMODITIES, INC., a Delaware corporation, <br><br>　　　　Defendant. | Case No. 2:23-cv-01099-RSM <br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

Plaintiff Northwest Administrators, Inc. ("Plaintiff") and Defendant Baker Commodities, Inc. ("Baker") have filed their Stipulated Motion for Extension of Time, up through and including September 8, 2023, for Baker to answer, present defenses, or otherwise respond to Plaintiff's Complaint to Compel Audit ("Complaint").

IT IS HEREBY ORDERED that Baker shall file its responsive pleading no later than September 8, 2023.

DATED: August 11, 2023.

　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 1
Case No. 2:23-cv-01099-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA # 41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

*Attorneys for Defendant Baker Commodities, Inc.*


Approved as to Form; Presentation Waived:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By: */s/ Russell J. Reid*
    Russell J. Reid, WSBA #2560
    100 West Harrison Street
    North Tower, Suite 300
    Seattle, WA  98119
    Telephone:  (206) 285-0464
    Facsimile:  (206) 285-8925
    Email:  RJR@rmbllaw.com

*Attorneys for Plaintiff Northwest Administrators, Inc.*

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 2
Case No. 2:23-cv-01099-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058