THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br> v. <br> BAKER COMMODITIES, INC., a Delaware corporation, <br> Defendant. | NO. 2:23-cv-01099-RSM <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and Russell S. Buhite of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for Defendant,, Baker Commodities, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 26th day of October, 2023.

| | |
|---|---|
| REID, BALLEW, LEAHY & HOLLAND, L.L.P. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| *s/ Russell J. Reid* | *s/ Russell S. Buhite* |
| Russell J. Reid, WSBA #2560 | Russell S. Buhite, WSBA #41257 |
| Thomas A. Leahy, WSBA #26365 | |
| 100 West Harrison St., N. Tower #300 | 1201 Third Avenue, Suite 5150 |
| Seattle WA 98119 | Seattle WA 98101 |
| (206) 285-0464 | (206) 693-7052 |
| rjr@rmbllaw.com | Russell.buhite@ogletree.com |
| tom@rmbllaw.com | |
| Attorneys for Plaintiff | Attorneys for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 2nd day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By: s/ Russell J. Reid
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Email: tom@rmbllaw.com
Attorneys for Plaintiff